

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2016

No. 04-15-00805-CR

Edward James **DWYER** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B14568
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Before the Court is the State's motion for a 45-day extension of time to file a brief.

It is ORDERED the motion is GRANTED IN PART. The State is granted a 30-day extension of time, and must file the brief on or before October 9, 2016. **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court